UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No.: 3:15-cr-155-J-20MCR

RICARDO LAMONT IRVINE
_____/

## ORDER

This matter is before this Court on Defendant's "Unopposed Motion for Recommendation Regarding Placement" (Dkt. 43). In this motion, Defendant explains that he has no family ties in Florida and requests that this Court amend the Judgment to include a recommendation that he be placed in a facility near Dallas, Texas; where his mother currently resides. Defendant candidly acknowledges that while this Court may recommend his placement within the Bureau of Prisons, the ultimate authority for determining an inmate's place of confinement rests with the Bureau, pursuant to 18 U.S.C. § 3621.

Accordingly, it is **ORDERED**:

1. Defendant's "Unopposed Motion for Recommendation Regarding Placement" (Dkt. 43) is **GRANTED**;

2. The Clerk is directed to enter an Amended Judgment to include a recommendation that Defendant be placed near his family at a facility near Dallas, Texas.

DONE AND ENTERED at Jacksonville, Florida, this 30th day of June, 2016.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Waffa Hanania, Esq.
D. Rodney Brown, Esq.